# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR.,

        **Plaintiff,**

-vs-                                        Case No. 6:05-cv-471-Orl-31KRS

CITY OF COCOA, DAVID CRAWFORD, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, PHILIP B. WILLIAMS, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER, PETER S. DOVGAN, HEALTH FIRST PHYSICIANS, INC., CATHERINE L. GARDNER, CENTRAL BREVARD RADIOLOGY, ABBAS RABIEI, BREVARD NEPHROLOGY GROUP, P.A., and CAPE CANAVERAL HOSPITAL, INC.,

        **Defendants.**

## ORDER

This matter comes before the Court on the Defendants, Abbas Rabiei's and Brevard Nephrology Group, P.A.'s Motion to Remand (Doc. 85). For the reasons stated in this Court's Order dated May 5, 2005 (Doc. 82), the Defendants' Motion (Doc. 85) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                              GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE