**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR.,

            **Plaintiff,**

-vs-                                          Case No. 6:05-cv-471-Orl-31KRS

CITY OF COCOA, DAVID CRAWFORD, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, PHILIP B. WILLIAMS, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER, PETER S. DOVGAN, HEALTH FIRST PHYSICIANS, INC., CATHERINE L. GARDNER, CENTRAL BREVARD RADIOLOGY, ABBAS RABIEI, BREVARD NEPHROLOGY GROUP, P.A., and CAPE CANAVERAL HOSPITAL, INC.,

            **Defendants.**

## ORDER

The Court issued an Order on May 5, 2005, denying the Plaintiffs' Motion to Remand (Doc. 82). On May 19, 2005, the Plaintiffs filed a "Motion for Rehearing on Plaintiffs' Motion to Drop Defendant Dobson and Remand to State Court, and in the Alternative, Motion to Certify for Interlocutory Appeal the Court's Order Denying Remand." (Doc. 105). That Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Party