# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR. et al.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-471-Orl-31KRS**

**CITY OF COCOA, DAVID CRAWFORD, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, JACK PARKER, BREVARD COUNTY SHERIFF'S OFFICE, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER, PETER S. DOVGAN, HEALTH FIRST PHYSICIANS, INC., CATHERINE L. GARDNER, CENTRAL BREVARD RADIOLOGY, ABBAS RABIEI, BREVARD NEPHROLOGY GROUP, P.A., and CAPE CANAVERAL HOSPITAL, INC.,**

      **Defendants.**

## ORDER

Upon consideration of Defendants' Motion to Strike (Doc. 305) and Plaintiffs' response thereto (Doc 310), it is

**ORDERED** that the Motion is DENIED; provided, however, that Plaintiffs shall:

1.　　Serve a supplemental expert report by July 25, 2006; and

    2.    Make Dr. Goldenson available for a follow-up deposition by telephone within 30 thereafter.  The cost of the deposition shall be borne by the Plaintiffs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE