# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR. et al.,

        **Plaintiff,**

-vs-                                              Case No.  6:05-cv-471-Orl-31KRS

CITY OF COCOA, DAVID CRAWFORD, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, JACK PARKER, BREVARD COUNTY SHERIFF'S OFFICE, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER, PETER S. DOVGAN, HEALTH FIRST PHYSICIANS, INC., CATHERINE L. GARDNER, CENTRAL BREVARD RADIOLOGY, ABBAS RABIEI, BREVARD NEPHROLOGY GROUP, P.A., and CAPE CANAVERAL HOSPITAL, INC.,

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR SANCTION FOR SPOILATION OF EVIDENCE AND REQUEST FOR HEARING (Doc. No. 364)** |
| **FILED:** | **August 28, 2006** |

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR SANCTION FOR SPOILATION OF EVIDENCE AND REQUEST FOR HEARING (Doc. No. 371)** |
| **FILED:** | **September 5, 2006** |

| | |
|---|---|
| **MOTION:** | **DEFENDANT, PRISON HEALTH SERVICES, INC.'S MOTION TO STRIKE PLAINTIFF' ORIGINAL MOTION FOR SANCTIONS FOR SPOILATION OF EVIDENCE AND REQUEST FOR HEARING (Doc. No. 378)** |
| **FILED:** | **September 12, 2006** |

Inasmuch as the above captioned motions filed by the plaintiffs appear identical, the first motion, doc. no. 364, is **DENIED as moot**. Similarly, Defendant Prison Health Services, Inc.'s motion to strike is **DENIED as moot**.

As to the plaintiffs' second motion, doc. no. 371, Local Rule 3.01(g) provides in relevant part as follows:

> Before filing any motion in a civil case, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

A motion for sanctions in not included in the enumerated exceptions to Local Rule 3.01(g). Because the motion fails to certify compliance with Local Rule 3.01(g), it is **DENIED** without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties