# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR.,

                    Plaintiffs,

-vs-                                         Case No. 6:05-cv-471-Orl-31DAB

CITY OF COCOA,, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, JACK PARKER, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER,

                      Defendants.

| JUDGE | **Karla R. Spaulding** | DATE AND TIME | July 20, 2007 1:15-1:20 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | 2007-29:6501-6744 |
| COUNSEL/PLTF.(S) | John McElyea, Scott Santos | COUNSEL/DEFT.(S) | Robert Bonner, Gail Bradford, Jeffrey Weiss, Joseph Blitch |

## CLERK'S MINUTES

### SEALED SETTLEMENT CONFERENCE

6501 Case called, appearances made, procedural setting by Court
6556 Parties state they have reached a settlement as stated on the record/Settled in principle
6744 Court adjourned