**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CASE NO.:  6:05-CV-471-ORL-31-KRS**

JOANNE KIMBROUGH AND WILLIE
J. KIMBROUGH, SR., as Co-Personal
Representatives of the Estate of
WILLIE J. KIMBROUGH, JR., deceased;

     Plaintiffs,

vs.

CITY OF COCOA, FLORIDA, et al.,

     Defendants.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

     Plaintiffs, JOANNE KIMBROUGH AND WILLIE J. KIMBROUGH, SR., as Co-Personal Representatives of the Estate of WILLIE J. KIMBROUGH, JR., deceased, by and through the undersigned attorneys, hereby notify the Court, pursuant to Local Rule 3.08 that this case has been settled.

     That the terms of settlement with the City of Cocoa, the individual named police officers, the Brevard County Sheriff's Office and Prison Health Services have been placed on the record and that portion of the record has been sealed.

     That the attorneys for the City of Cocoa have indicated that the City Council will vote on approval of its settlement with the Plaintiffs on Tuesday, July 24, 2007 and that they fully expect the City to approve the settlement.

     That it is hereby requested that this case be removed from the July 30, 2007 trial docket.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all Counsel of Record.

    Respectfully submitted,

    **McELYEA, SANTOS & BARNARD, P.A.**
    **By:**

    /s/ Scott D. Santos_____
    SCOTT D. SANTOS, ESQUIRE
    ssantos@mcelyealaw.net
    Florida Bar #: 131008
    1800 Pembrook Drive, Suite 300
    Orlando, FL   32810
    Telephone:  (407) 660-6650
    Facsimile:   (407) 660-6651