**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOANNE KIMBROUGH and WILLIE J.**
**KIMBROUGH, SR., as Co-Personal**
**Representatives of the Estate of**
**WILLIE J. KIMBROUGH, JR., deceased;**
for and on behalf of the survivors of
the Estate of **WILLIE J. KIMBROUGH, JR.,**
including the following: **ASHANTI KIMBROUGH,**
**VICTORIA FISHER KIMBROUGH, and DI=ANDRE**
**MICHAEL O=SHONE WHITE,** minor surviving
children of **WILLIE J. KIMBROUGH, JR.;** and the
Estate of **WILLIE J. KIMBROUGH, JR.,**

    Plaintiffs,

vs.                                                                          CASE NO. 6:05-cv-471-Orl-31-KRS

**CITY OF COCOA, FLORIDA, et al.,**

    Defendants.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiffs, **JOANNE KIMBROUGH** and **WILLIE J. KIMBROUGH, SR.,** as Co-Personal Representatives of the Estate of **WILLIE J. KIMBROUGH, JR.,** deceased**,** and Defendant, **CITY OF COCOA, FLORIDA, OFFICER DONALD DOBSON, OFFICER MICHAEL J. BADARACK, SERGEANT ANNA COX, LT. WILLIAM GREGORY, OFFICER RICHARD GREGG, OFFICER TERRENCE GLOVER, and OFFICER WALTER BAKER** by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, jointly stipulate and agree to dismiss the above-styled lawsuit with respect to **CITY OF COCOA, FLORIDA, OFFICER DONALD DOBSON, OFFICER MICHAEL J. BADARACK,**

1

**SERGEANT ANNA COX, LT. WILLIAM GREGORY, OFFICER RICHARD GREGG,**

**OFFICER TERRENCE GLOVER, and OFFICER WALTER BAKER**

<u>with prejudice</u>, with each party to bear its own costs and attorney=s fees.

**SO STIPULATED AND AGREED**.

DATED this 26th day of September, 2007.

 /s/   Joseph E. Blitch
JEFFREY S. WEISS, ESQUIRE
Florida Bar No.: 750565
JOSEPH E. BLITCH, ESQUIRE
Florida Bar No. 040592
BROWN, GARGANESE, WEISS
& D=AGRESTA, P.A.
Orlando, Florida 32802-2873
Telephone: (407) 425-9566
Facsimile (407) 425-9596
Attorney for City of Cocoa

 /s/   Scott Santos
SCOTT SANTOS, ESQUIRE
Florida Bar No. 131008
McElyea, Santos & Barnard
1800 Pembrook Drive
Suite 300
Orlando, Florida 32810
Telephone: (407) 660-6650
Facsimile: (407) 6600-6651
Attorneys for Plaintiffs

 /s/ Gail C. Bradford
Gail C. Bradford, Esquire
Florida Bar No. 0295980
Meier, Bonner, Muszynski, O=Dell & Harvey, P.A.
37 North Orange Avenue
Suite 1100
Orlando, Florida 32801-2463
Telephone: 407-872-7774
Facsimile: 407-872-7997
Attorneys for the Defendants, Lieutenant
William Gregory, Corporal Walter Baker,
Officer Terrence A. Glover, Michael J. Badarack,
Sergeant Anna Cox, Officer Richard Gregg, II,
and Officer Donald Dobson