UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNE KIMBROUGH and
WILLIE J. KIMBROUGH, SR., etc.

 Plaintiffs,
vs.           CASE NO: 6:05-cv-471-Orl-31KRS

CITY OF COCOA, et al.,

 Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR., as Co-Personal Representatives of the Estate of WILLIE J. KIMBROUGH, JR., deceased, and Defendants PRISON HEALTH SERVICES, INC., AILEEN NORGELL, M.D., BEVERLY WOOD, P.A. AND SANDY LATIER, R.N., by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, jointly stipulate and agree to dismiss the above-styled lawsuit with respect to PRISON HEALTH SERVICES, INC., AILEEN NORGELL, M.D., BEVERLY WOOD, P.A. AND SANDY LATIER, R.N. with prejudice, each party to bear their own fees and costs.

 Dated on September 26, 2007.

| | |
|---|---|
| /s/S. Renee Stephens Lundy | /s/ Scott D. Santos |
| S. RENEE STEPHENS LUNDY, ESQ. | SCOTT D. SANTOS, ESQ. |
| Florida Bar No. 0501867 | Florida Bar No. 131008 |
| Dean, Ringers, Morgan & Lawton, P.A. | Law Office of John H. McElyea, P.A. |
| Post Office Box 2928 | 1800 Pembrook Dr., Suite 300 |
| Orlando, Florida 32802-2928 | Orlando, FL 32810 |
| Tel: 407-422-4310 | Tel: (407) 660-6650 |
| Fax: 407-648-0233 | Fax: (407) 660-6651 |
| Attorneys for Defendants | Attorneys for Plaintiffs |