UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNE KIMBROUGH and WILLIE J.
KIMBROUGH, SR., as Co-Personal
Representatives of the Estate of
WILLIE J. KIMBROUGH, JR., deceased;
for and on behalf of the survivors of
the Estate of WILLIE J. KIMBROUGH, JR.,
including the following: ASHANTI KIMBROUGH,
VICTORIA FISHER KIMBROUGH, and DI'ANDRE
MICHAEL O'SHONE WHITE, minor surviving
children of WILLIE J. KIMBROUGH, JR.; and the
Estate of WILLIE J. KIMBROUGH, JR.,

      Plaintiffs,

vs.                      CASE NO. 6:05-cv-471-Orl-31-GAP-DAB

CITY OF COCOA, FLORIDA, et al.,

      Defendants.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, **JOANNE KIMBROUGH** and **WILLIE J. KIMBROUGH, SR.,** as Co-Personal Representatives of the Estate of **WILLIE J. KIMBROUGH, JR.,** deceased, and Defendant, **JACK PARKER,** in his official capacity as Sheriff of Brevard County, Florida, by and through their undersigned counsel and pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, jointly stipulate and agree to dismiss the above-styled lawsuit with respect to **JACK PARKER**, in his official capacity as Sheriff of Brevard County, Florida, <u>with prejudice</u>, with each party to bear its own costs and attorneys fees.

**SO STIPULATED AND AGREED.**

**DATED** this 26th day of September, 2007.

| | |
|---|---|
| /s/ Karin M. Glascock | /s/ Scott Santos |
| D. ANDREW DeBEVOISE, ESQUIRE | SCOTT SANTOS, ESQUIRE |
| Florida Bar No.: 0281972 | Florida Bar No. 131008 |
| KARIN M. GLASCOCK, ESQUIRE | McElyea, Santos & Barnard |
| Florida Bar No. 0667978 | 1800 Pembrook Drive |
| DeBevoise & Poulton, P.A. | Suite 300 |
| 1035 S. Semoran Blvd, Ste. 1010 | Orlando, Florida 32810 |
| Winter Park, Florida 32792 | Telephone: (407) 660-6650 |
| Telephone: (407) 673-5000 | Facsimile: (407) 6600-6651 |
| Facsimile (407) 673-5059 | Attorneys for Plaintiffs |
| Attorneys for Sheriff Jack Parker | |

U:\02-029 - Kimbrough v BCSO\Pleadings - FEDERAL\09-26-07 Stipulation of Dimissal.doc

2