**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOANNE KIMBROUGH and WILLIE J. KIMBROUGH, SR.,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-471-Orl-31DAB

**CITY OF COCOA,, WILLIAM GREGORY, WALTER BAKER, TERRENCE A. GLOVER, MICHAEL J. BADARACK, ANNA COX, RICHARD GREGG, II, OFFICER DOBSON, JACK PARKER, BREVARD COUNTY, PRISON HEALTH SERVICES, INC., AILEEN NORGELL, BEVERLY WOOD, SANDY LATIER,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulations of Dismissal with Prejudice (Doc. No. 784, 785, and 786), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the trial calendar for October 1, 2007, and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 27, 2007.

                                                GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party